UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JACOB HAWKINS-BIVINS,

        Plaintiff,                        Case No. 1:25-cv-872

v.                                       Honorable Paul L. Maloney

68TH DISTRICT COURT, *et al.*,

        Defendants.
_____/

## ORDER OF TRANSFER

      This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the Bellamy Creek Correctional Facility (IBC) in Ionia, Ionia County, Michigan, though the events giving rise to Plaintiff's action occurred at the 68th District Court in Flint, Genesee County, Michigan. Plaintiff sues the 68th District Court and County of Genesee. In his *pro se* complaint, Plaintiff alleges that the 68th District Court allowed state witnesses to commit perjury during his criminal proceedings.

      Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Genesee County. Defendants are public officials serving in Genesee County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Genesse County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

Dated:   August 5, 2025                     /s/ Ray Kent
                                            Ray Kent
                                            United States Magistrate Judge